Plaintiff's Name: Jae June Pak
CDC No: 02116-093, D-unit
Address: FCI PO BOX 1731
WASECA, MINNESOTA 56093

FILED
DISTRICT COURT OF GUAM
NOV - 1 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
DISTRICT OF Guam

Jae June Pak
(Name of Plaintiff)

vs.

SIX UNKNOWN NAMES AGENTS

(Names of all Defendants)

05-00032
(Case Number)

COMPLAINT

Civil Rights Act, 42 U.S.C. 1983

I. **Previous Lawsuits:**

A. Have you brought any other lawsuits while a prisoner? Yes ✓ No __

B. If your answer to A is yes, how many?: Few
   Describe previous or pending lawsuits in the space below.
   (If more than one, use back of paper to continue outlining all lawsuits.)

   1. Parties to this previous lawsuit:

      Plaintiff _____

      Defendants · SIX UNKNOWN NAMES AGENTS

   2. Court (if Federal Court, give name of District; if State Court, give name of County)
      UNITED STATES DISTRICT COURT DISTRICT OF Guam

   3. Docket Number _____  4. Assigned Judge _____

   5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
      _____

   6. Filing date (approx.) _____  7. Disposition date (approx.) _____
      (List all other previous or pending lawsuits on back of this form)

1.

## II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution? Yes ___ No ___

B. Have you filed a grievance concerning the facts of this complaint? Yes ___ No ___

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ___ No ___
Date process completed and disposition _____

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant __SIX UNKNOWN NAMES AGENTS__ is employed as __U. S. GOVERNMENT__ at _____

B. Additional defendants _____

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

I HAD BEEN INCARCERATED, NO CONFINED IN A JAIL, PRISON, FOR MENTAL, OR EMOTIONAL INJURY SUFFERED WHILE IN CUSTODY WITHOUT A PRIOR SHOWING OF PHYSICAL INJURY, NOR CRUEL AND UNUSUAL PUNISHMENT INFLICT OF THE EIGHTH AMENDMENT VIOLATION, THE WRIT OF HABEAS CORPUS, THE WRIT OF MANDAMUS, THE WRIT OF STAY DECISION, DISCHARGE, TRANSFER, THE WRIT OF CERTIORARI, BY A JUSTICE OF THE SUPREME COURT OF THE U. S. THE END OF PUBLIC MEDIA HEARING, PUBLICATION, THE WRIT OF ALL FINAL DECISION WITHIN THIRTY DAYS BY SCHEDULED ON November 30, 2005 AT 1:00 PM BY JURY.
NO SAID COURT, OR ALLEGED HAVE BEEN CONVICTION, NO WITNESSES TESTIFIED, OR NO SET HIM UP, OR ANY FELONY, OR ANY UNDER CIRCUMSTANCES. NO FOURTEENTH AMENDMENT VIOLATION. NO ENHANCEMENT SENTENCE. NO INEFFECTIVE ASSISTANCE COUNSEL CLAIM, OR NO WITHOUT SEARCH WARRANT. no detainer charge

g:\docs\pam\complain.wpd

2

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

A WRIT OF ATTACHMENT AND GARNISHMENT
A WRIT OF COMPENSATORY AND PUNITIVE DAMAGES
Reduce
THE SUM OF AMOUNT IS ONE MILLION DOLLARS BY CASH, IMMEDIATELY FULL PAYMENT WITHOUT TAX BY JURY.

" CONTRIBUTION ONE HUNDRED THOUSAND DOLLARS TO AMERICAN RED CROSS."

WITHOUT COURT FEES BY JURY, SEE 28 USCA 1915, 18 USCA 3524.

I declare under penalty of perjury that the foregoing is true and correct.

October 25, 2005
(Date)

Jae June Pak, 02116-093, Pro Se
(Signature of Plaintiff)

FED. CORR. INSTITUTION
P. O. BOX. 1731
WASECA, MINNESOTA 56093

UNITED STATES DISTRICT COURT
DISTRICT OF Guam
OFFICE OF THE CLERK

| Jae June paK PLAINTIFF(S) | CASE NUMBER CV- |
|---|---|
| vs. SIX UNKNOWN NAMES AGENTS. , DEFENDANTS(S) | A WRIT OF SUMMONS |

TO THE ABOVE-NAMED DEFENDANT(S), You are hereby summoned and required to file with this court and serve upon

Plaintiff's attorney, whose address is: Jae June paK
02116-093, D-uniT
FCI PO BOX 1731
WASECA, MINNESOTA 56093

an answer to the complaint which is herewith served upon you within **TEN** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

BY JURY

DATE: OCTober 25, 2005

CLERK, U.S. DISTRICT COURT

By_____
Deputy Clerk

(SEAL OF THE COURT)

S U M M O N S

```
WASD4              *       PROGRAM REVIEW REPORT         *     10-08-2005
PAGE 001                                                       16:46:27
```

INSTITUTION: WAS   WASECA FCI

NAME.......: PAK, JAE JUNE                         REG. NO: 02116-093
RESIDENCE..: WAILUKU, HI 96793

TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....: _4-9-06_

PROJ. RELEASE DATE..: 09-03-2012          RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE                HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: _4-20-06_    DETAINERS (Y/N): Y  ICE Korea
CIM STATUS (Y/N)....: Y            IF YES, RECONCILED (Y/N): OK
PENDING CHARGES.....: _None known_

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....:
    IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

| CATEGORY | CURRENT ASSIGNMENT | | EFF DATE | TIME |
|---|---|---|---|---|
| CMA | IHP PEND | IMMIG FUTURE IHP PART DATE | 11-18-2003 | 1427 |
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 11-04-2006 | 1425 |
| CMA | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 11-16-2003 | 1425 |
| CUS | IN | IN CUSTODY | 08-27-2003 | 1658 |
| DRG | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 11-18-2003 | 1427 |
| EDI | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 11-25-2003 | 1403 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 11-24-2003 | 1053 |
| FRP | COMPLT | FINANC RESP-COMPLETED | 06-09-2004 | 1031 |
| LEV | LOW | SECURITY CLASSIFICATION LOW | 08-26-2003 | 1254 |
| MDS | LOWER BUNK | LOWER BUNK REQUIRED | 11-26-2003 | 0630 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 11-13-2003 | 1610 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 12-12-2003 | 1559 |
| QTR | D05-234L | HOUSE D/RANGE 05/BED 234L | 06-28-2005 | 1034 |
| RLG | PROTESTANT | PROTESTANT | 04-20-2005 | 1648 |
| WRK | IND SEW 3 | UNICOR SEWING. GRP 3 | 07-19-2005 | 0001 |

WORK PERFORMANCE RATING: _good_

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: _None_

FRP PLAN/PROGRESS:  TRUST FUND DEPOSITS PAST 6 MO: $ _3,165.60_      w/o 1,757.80
FRP PAYMENTS PAST 6 MO: $ _0_             OBLG BALANCE: $ _0_
CURRENT FRP PLAN: $ _Complete_  PAYMENTS COMMENSURATE: YES  _N/A_    B. 3,618.26

IF NO, NEW PAYMENT PLAN: N/A

RELEASE PREPARATION PARTICIPATION: Ineligible due to ICE detainer.

CCC RECOMMENDATIONS: Ineligible due to ICE detainer.

PROGRESS MADE SINCE LAST REVIEW: sanitation fine,
was participating in ESL but withdrew to work in UNICOR, ~~er week~~

GOALS FOR NEXT PROGRAM REVIEW MEETING:
Maintain clear conduct, earn good work and sanitation reports
participate in rec/leisure activitiy 3 or more times per week
enroll in rec wellness/leisure class

LONG TERM GOALS:
save $4,000. By release date for release planning
consider re-enrolling in ESL

OTHER INMATE REQUESTS/TEAM ACTIONS: <u>407/408:</u> O.K.

<u>Treaty transfer not eligible as native country of Korea is not a TT country.</u>

Discussed jail credit time - send cop-out to ISM regarding jail credit.

SIGNATURES:

UNIT MANAGER: [signature] INMATE: [signature]

DATE: 10/12/05   DATE: 10·12·05