# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **Jae June Pak,** | |
| Plaintiff, | |
| vs. | **Case No: 1:05-cv-00032** |
| **Six Unknown Agents,** | |
| Defendants | |

The following individual was served by first class mail on November 10, 2005:

**Jae June Pak**
Federal Correctional Institution
No. 02116-093
P.O. Box 1731
Waseca, MN 56093

I, Renee M. Martinez, declare under penalty of perjury that on the above-listed date I served the:

Order re Necessity of Payment of Filing Fee or Necessity of Filing In Forma Pauperis Request filed November 9, 2005

on the above listed individual in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 14, 2005         /s/ Renee M. Martinez
                                    Deputy Clerk