# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Jae June Pak, <br><br> Plaintiff, <br><br> vs. <br><br> Six Unknown Agents, <br><br> Defendants. | Case No. 1:05-cv-00032 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Order re Necessity of Payment of Filing Fee or Necessity of Filing In Forma Pauperis Request filed November 9, 2005 on the dates indicated below:

Office of the U.S. Attorney
November 10, 2005

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order re Necessity of Payment of Filing Fee or Necessity of Filing In Forma Pauperis Request

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 14, 2005        /s/ Renee M. Martinez
                                      Deputy Clerk