# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Jae June Pak, | Civil Case No. 1:05-cv-00032 |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| Six Unknown Agents, | |
| Defendants. | |

Judgment is hereby entered in accordance with the Order Regarding Necessity of Payment of Filing Fee or Necessity of Filing In Forma Pauperis Request filed November 9, 2005.

Dated this 20th day of December, 2005, Hagatna, Guam.

/s/ **Mary L.M. Moran**
Clerk of Court