GUD NT ENT (8/05)

# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

| | |
|---|---|
| Jae June Pak,<br><br>          Plaintiff,<br><br>   vs.<br><br>Six Unknown Agents,<br><br>          Defendants. | Case No. 1:05-cv-00032 |

# NOTICE OF ENTRY

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following judgment:

**Judgment filed December 20, 2005**
**Date of Entry: December 20, 2005**

The original judgment is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** December 20, 2005            Clerk of Court
                                                                                          **/s/ Mary L.M. Moran**