# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

**Jae June Pak,**

        Plaintiff,

  vs.                        **Case No: 1:05-cv-00032**

**Six Unknown Agents,**

        Defendants.

The following individual was served by first class mail on December 20, 2005:

    Jae June Pak, Reg#02116-093, Federal Correctional Institution Unit D, P.O. Box 1731, Waseca, MN 56093

I, Renee M. Martinez, declare under penalty of perjury that on the above-listed date I served the:

Judgment filed December 20, 2005 and Notice of Entry filed December 20, 2005

on the above listed individual in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 20, 2005                             /s/ Renee M. Martinez
                                                                     Deputy Clerk